UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NAYDEEN MONZON**<br><br>Plaintiff,<br><br>v.<br><br>**I.Q. DATA INTERNATIONAL, INC.;**<br><br>Defendant. | Case Number: 4:19-cv-04290-HSG<br><br>*HON. Judge Haywood S Gilliam, Jr.*<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 5, 2019<br>Time:  2:00 p.m.<br>Room: 2 |

ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC
APPEARANCE AT CASE MANAGEMENT CONFERENCE

Based upon the Plaintiff's request, and good cause, this Court hereby issues the following Order:

x Plaintiff's request to appear by telephone for the case management conference currently scheduled for November 5, 2019 at 2:00 p.m. in Courtroom 2, is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

*Haywood S. Gill Jr.*

HON. JUDGE HAYWOOD S. GILLIAM, JR.

Dated: **11/1/2019**

ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC
APPEARANCE AT CASE MANAGEMENT CONFERENCE        **Page 2 of 2**