UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYDEEN MONZON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>I.Q. DATA INTERNATIONAL, INC.;<br><br>　　　　Defendant. | Case No. 4:19-cv-04290-HSG<br><br>[~~PROPOSED~~] ORDER GRANTING THE JOINT STIPULATION TO CONDUCT MEDIATION TELEPHONICALLY OR VIA VIDEO CONFERENCE<br><br>Date of Mediation: 4/23/2020 |

[~~PROPOSED~~] ORDER

Based upon the Parties' joint Stipulation, and good cause, this Court hereby issues the following Order:

☒ Parties' joint Stipulation to appear by telephone and/or video conference for the mediation with Barbara Cray, currently scheduled for April 23, 2020, at 10:00 a.m., is hereby GRANTED.

☐ Parties' joint Stipulation to appear by telephone and/or video conference for the mediation with Barbara Cray, currently scheduled for April 23, 2020, at 10:00 a.m., is hereby DENIED.

**IT IS SO ORDERED.**

*/s/ Haywood S. Gilliam, Jr.*
HON. JUDGE HAYWOOD S. GILLIAM, JR.

Dated: _____4/15/2020_____