**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:   (415) 488-8041
Facsimile:    (415) 651-9700
*Attorneys for Plaintiff*,
Naydeen Monzon

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NAYDEEN MONZON;** | Case No.: 4:19-cv-04290-HSG |
| Plaintiff, | *HON. JUDGE HAYWOOD S. GILLIAM, JR.* |
| v. | **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND [~~PROPOSED~~] ORDER** |
| **IQ DATA INTERNATIONAL INC.;** | |
| Defendant. | |

///

///

///

///

///

///

///

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

Plaintiff **NAYDEEN MONZON,** and Defendant **IQ DATA INTERNATIONAL INC.,** hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims and causes of action be dismissed with prejudice as to all parties named herein, with each party bearing that party's own attorney's fees and costs.

DATED: June 5, 2020                    **THE CARDOZA LAW CORPORATION**

BY: /s/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
NAYDEEN MONZON

DATED: June 5, 2020                    **MARKUN ZUSMAN FRENIERE & COMPTON, LLP**

BY: /s/ RICK SMITH
RICK SMITH, ESQ.
ATTORNEY FOR DEFENDANT,
IQ DATA INTERNATIONAL INC.

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

_Haywood S. Gill Jr._

HON. JUDGE HAYWOOD S. GILLIAM, JR.

United States Judge

Dated:    6/8/2020